## BROWN *vs.* THE STATE OF GEORGIA.

1. The evidence in this case shows the defendant guilty beyond a doubt.
2. One has the right in this state to carry a pistol in an open manner and fully exposed to view, but to carry such weapon (not a horseman's pistol) concealed is a crime ; nor is it any defence to an indictment for carrying a pistol so concealed, that the defendant's life had been threatened.
Judgment affirmed.

September 25, 1883.

BLANDFORD, Justice.

---

## THE COUNTY OF HOUSTON *vs.* THE CENTRAL RAILROAD.

This case falls within, and is controlled by, the principle announced in *The City of Albany vs. Savannah, F. & W. Rwy.*, determined at the present term of court. Our special legislation as to the taxation of railroads virtually excludes counties and municipal corporations from levying a tax upon them and the appurtenances necessary to maintain and operate them, for county and municipal purposes, by making no provision for levying and collecting such tax. Act of 1874, p. 107; Code, §§826 (a), 826 (g).
Judgment affirmed.

October 16, 1883. (Head-note by the court.)

HALL, Justice.

---

## McDONALD *vs.* THE STATE OF GEORGIA.

1. The grounds of the motion for a new trial are certified by the judge to be incorrect, except that which alleges that the verdict is against the evidence and the law. So that this alone can be considered.
2. On examining the record, the evidence appears ample to sustain the verdict ; and, therefore, it is not against the weight of evidence or the law.
Judgment affirmed.

October 3, 1883. (Head-notes by the court.)

JACKSON, Chief Justice.